[Crim. No. 317. Third Appellate District.—July 20, 1915.]

THE PEOPLE, Respondent, v. W. D. REYNOLDS, Appellant.

CRIMINAL LAW—INFAMOUS CRIME AGAINST NATURE—ASSAULT WITH INTENT TO COMMIT—SUFFICIENCY OF EVIDENCE.—In this prosecution of the crime of an assault with intent to commit the infamous crime against nature it is held that the evidence was sufficient to establish an assault within the meaning of section 240 of the Penal Code and of section 220 thereof.

APPEAL from a judgment of the Superior Court of Sonoma County and from an order denying a new trial. Emmet Seawell, Judge.

The facts are stated in the opinion of the court.

L. E. Fulwider, for Appellant.

U. S. Webb, Attorney-General, and J. Charles Jones, Deputy Attorney-General, for Respondent.

THE COURT.—Defendant was convicted of the crime of "assault with intent to commit the infamous crime against nature." He moved for a new trial, which was denied, and he appeals from the judgment of conviction and the order denying him a new trial. The evidence in the case is unprintable, but was, we think, sufficient to show that there was an assault within the meaning of section 240 of the Penal Code, defining an assault, and of section 220, under which the defendant was prosecuted. We discover no error in the instructions given or refused.

The judgment and order are affirmed.